UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY $242,443.19 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
229049957555 AT BANK OF AMERICA;

APPROXIMATELY $12,012.06 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
483055440164 AT BANK OF AMERICA;

APPROXIMATELY $77,916.71 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
483054477125 AT BANK OF AMERICA;

APPROXIMATELY $55,881.01 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898069007337 AT BANK OF AMERICA;

APPROXIMATELY $65,648.01 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898070095176 AT BANK OF AMERICA;

APPROXIMATELY $6,286.00 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898070294472 AT BANK OF AMERICA; AND

APPROXIMATELY $81,974.96 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUBMER
898064750812 AT BANK OF AMERICA.

        Defendants *In Rem*.
_____/

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

      Plaintiff, the United States of America, by and through the undersigned Assistant United

States Attorney for the Southern District of Florida, hereby files this complaint for forfeiture *in*

*rem* and alleges as follows:

1. This is a civil action *in rem*, pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), and the procedures set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to forfeit assets that constitute proceeds of theft of government property, computer fraud, mail fraud, and wire fraud and property involved in money laundering, and any property traceable to such property. These assets, which have been seized and are currently in the custody of the United States, are more fully described as (collectively, the "Defendant Accounts"):

   a. Approximately $242,443.19 in U.S. Currency formerly on deposit in account number 229049957555 at Bank of America;

   b. Approximately $12,012.06 in U.S. Currency formerly on deposit in account number 483055440164 at Bank of America;

   c. Approximately $77,916.71 in U.S. Currency formerly on deposit in account number 483054477125 at Bank of America;

   d. Approximately $55,881.01 in U.S. Currency formerly on deposit in account number 898069007337 at Bank of America;

   e. Approximately $65,648.01 in U.S. Currency formerly on deposit in account number 898070095176 at Bank of America;

   f. Approximately $6,286.00 in U.S. Currency formerly on deposit in account number 898070294472 at Bank of America; and

   g. Approximately $81,974.96 in U.S. Currency formerly on deposit in account number 898064750812 at Bank of America.

2. This Court has subject matter jurisdiction. *See* 28 U.S.C. §§ 1345, 1355(a); 18 U.S.C. § 981(a)(1).

3. This Court has *in rem* jurisdiction over the Defendant Accounts. *See* 28 U.S.C. §§ 1345, 1355(a).

4. Venue for this action is proper in this District because acts or omissions giving rise to the forfeiture occurred in the Southern District of Florida. *See* 28 U.S.C. § 1355(b)(1).

## FACTS

5. In May 2015,[1] the Internal Revenue Service ("IRS") identified 17,000 suspicious tax returns, which claimed tax refunds totaling $58 million. Subsequent investigation revealed that these were false and fraudulent returns submitted for the purpose of obtaining tax refunds.

6. Of the 17,000 suspicious tax returns, 7,700 of them requested that the IRS deposit the associated tax refunds, totaling $25 million, into Green Dot prepaid debit card accounts. Of this total, at least $4,762,674 was successfully deposited into Green Dot prepaid debit card accounts.

7. Green Dot cards are prepaid debit cards that can be purchased without a credit check. Funds can be loaded onto the cards via cash deposit or direct deposit. Green Dot does not typically verify the personal identifying information ("PII") used to register the card, as a financial institution would when a person opens an account. Thus, fraudsters and other criminals can conceal the unlawful source of funds by depositing them into Green Dot prepaid debit card accounts.

8. Fiserv is a company that offers a bill pay service that is integrated with Green Dot card accounts. Green Dot customers can request Fiserv to draw on their Green Dot card accounts to issue and mail checks to an entity and address of their choosing. Each check has a $1,500 limit, but multiple checks can be issued to the same entity to send a total amount greater than the $1,500

---

[1] All dates and amounts in this complaint are approximate.

limit.

9. The $4,762,674 in fraudulent tax refunds that were deposited into Green Dot card accounts were then funneled to eight entities via checks using Fiserv's bill pay service. The checks sent to the eight entities were mailed from Fiserv to a network of mailbox addresses located throughout the country. Some of the mailbox addresses were located within the Southern District of Florida.

10. Ultimately, all of the checks ended up in the custody of Mailbox Forwarding, a Michigan company that provides customers with mailing addresses and various mailbox related services. Specifically, Mailbox Forwarding receives and scans pieces of mail on behalf of their customers. The scanned images are then uploaded to an online platform and made available to customers. Customers can also request Mailbox Forwarding to deposit any checks received by mail directly into a bank account of their choosing.

11. The Fiserv checks, representing the proceeds of the illicit tax refund fraud scheme, were delivered to Mailbox Forwarding and subsequently deposited into the Defendant Accounts.

12. All funds on deposit in the Defendant Accounts were then transferred to hold harmless accounts at Bank of America, and they are currently in the custody of the United States.

## LEGAL BASES FOR FORFEITURE

13. Title 18, United States Code, Section 641 makes it unlawful to embezzle, steal, purloin, or knowingly convert to his use or the use of another, or without authority, sell, convey or dispose of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof.

14. Title 18, United States Code, Section 1030(a)(2) provides that it is unlawful to

intentionally access a computer without authorization or exceeding authorization, and thereby obtain information from any department or agency of the United States.

15. Title 18, United States Code, Section 1341 makes it unlawful to:

devise[] or intend[] to devise any scheme or artifice to defraud, or [] obtain[] money or property by means of false or fraudulent pretenses, representations, or promises, … for the purpose of executing such scheme or artifice or attempt[] so to do, place[] in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposit[] or cause[] to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or take[] or receive[] therefrom, any such matter or thing, or knowingly cause[] to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing.

16. Title 18, United States Code, Section 1343, makes it unlawful to:

devise[] or intend[] to devise any scheme or artifice to defraud, or [] obtain[] money or property by means of false or fraudulent pretenses, representations, or promises, transmit[] or cause[] to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice.

17. Title 18, United States Code, Section 981(a)(1)(C) provides for the civil forfeiture of "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to a violation of" 18 U.S.C. § 641, 1030(a)(2), 1341, and 1343.

18. Title 18, United States Code, Section 1956(a)(1)(B)(i) prohibits conducting or attempting to conduct a financial transaction knowing that the property involved in such transaction represents the proceeds of some form of unlawful activity, which in fact involves the proceeds of specified unlawful activity when the transaction is committed with the intent to conceal or disguise the nature, source, location, ownership, or control of the proceeds of specified unlawful activity.

19. A "specified unlawful activity" is defined to include, among other things: violations of 18 U.S.C. §§ 641, 1030(a)(2), 1341, and 1343.  18 U.S.C. § 1956(c)(7)(A) (referencing 18

U.S.C. § 1961(1)) and (D).

20. Pursuant to 18 U.S.C. § 981(a)(1)(A), any property, real or personal, involved in a transaction or attempted transaction in violation of money laundering offenses set forth in 18 U.S.C. § 1956, or any property traceable to such property, is subject to civil forfeiture to the United States.

## FIRST CLAIM
### Proceeds of Government Property Theft
### (18 U.S.C. § 981(a)(1)(C))

21. The factual allegations in paragraphs 1 to 20 are re-alleged and incorporated by reference herein.

22. Based upon the foregoing, the Defendant Accounts constitute or are derived from proceeds traceable to a violation of 18 U.S.C. § 641, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

## SECOND CLAIM
### Proceeds of Computer Fraud
### (18 U.S.C. § 981(a)(1)(C))

23. The factual allegations in paragraphs 1 to 20 are re-alleged and incorporated by reference herein.

24. Based upon the foregoing, the Defendant Accounts constitute or are derived from proceeds traceable to a violation of 18 U.S.C. § 1030(a)(2), and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

## THIRD CLAIM
## Proceeds of Mail Fraud
## (18 U.S.C. § 981(a)(1)(C))

13. The factual allegations in paragraphs 1 to 20 are re-alleged and incorporated by reference herein.

14. Based upon the foregoing, the Defendant Accounts constitute or are derived from proceeds traceable to a violation of 18 U.S.C. § 1341, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

## FOURTH CLAIM
## Proceeds of Wire Fraud
## (18 U.S.C. § 981(a)(1)(C))

13. The factual allegations in paragraphs 1 to 20 are re-alleged and incorporated by reference herein.

14. Based upon the foregoing, the Defendant Accounts constitute or are derived from proceeds traceable to a violation of 18 U.S.C. § 1343, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

## FIFTH CLAIM
## Property Involved in Money Laundering
## (18 U.S.C. § 981(a)(1)(A))

15. The factual allegations in paragraphs 1 to 20 are re-alleged and incorporated by reference herein.

16. Based on the foregoing, the Defendant Accounts constitute property involved in money laundering offense in violation of 18 U.S.C. § 1956(a)(1)(B)(i), and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

**WHEREFORE**, Plaintiff, United States of America requests, that any and all persons having any claim to the Defendant Accounts be directed to file and serve their verified claims and answers as required by Rule G(5), of the Supplemental Rules for Certain Admiralty and Maritime

Claims, or suffer default thereof, and further requests that the Court declare the Defendant Accounts condemned and forfeit to the United States of America, and that Plaintiff have such other and further relief as may be just and proper.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  */s/ Nicole Grosnoff*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089

## **VERIFICATION**

I, Jason P. Failing, hereby verify and declare, under penalty of perjury, that I am a Special Agent with Internal Revenue Service, Criminal Investigations ("IRS-CI") and that the foregoing factual allegations are true and correct to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the IRS.

Executed on this 21st of December 2020.

*[signature]*

_____
Jason P. Failing
Special Agent, IRS-CI

JS 44 (Rev. 10/20) FLSD Revised 10/14/2020

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
Approximately $242,443.19 in U.S. currency formerly on deposit in account number 229049957555 at Bank of America, et al.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Nicole Grosnoff, AUSA
99 NE 4th ST, Miami, FL 33132, Telephone: 305-961-9294

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights ☐ 830 Patent ☐ 835 Patent – Abbreviated New Drug Application ☐ 840 Trademark ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | | | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / **Other:** | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 530 General | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 535 Death Penalty ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee – Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed *(See VI below)*
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

### VI. RELATED/ RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☒ YES ☐ NO
JUDGE:    DOCKET NUMBER: 18-cr-20724 (under seal)

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 981(a)(1)(A) and (C), Forfeiture in Rem Action
LENGTH OF TRIAL via 10 days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE: January 5, 2021
SIGNATURE OF ATTORNEY OF RECORD: *nicole Grosnoff*

**FOR OFFICE USE ONLY : RECEIPT #**    AMOUNT    IFP    JUDGE    MAG JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

APPROXIMATELY $242,443.19 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
229049957555 AT BANK OF AMERICA;

APPROXIMATELY $12,012.06 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
483055440164 AT BANK OF AMERICA;

APPROXIMATELY $77,916.71 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
483054477125 AT BANK OF AMERICA;

APPROXIMATELY $55,881.01 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898069007337 AT BANK OF AMERICA;

APPROXIMATELY $65,648.01 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898070095176 AT BANK OF AMERICA;

APPROXIMATELY $6,286.00 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898070294472 AT BANK OF AMERICA; AND

APPROXIMATELY $81,974.96 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUBMER
898064750812 AT BANK OF AMERICA.

        Defendants *In Rem*.
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   __X__ No

                                              Respectfully submitted,

DATED: January 5, 2021                    ARIANA FAJARDO ORSHAN
                                                   UNITED STATES ATTORNEY

                                  By:    */s/ Nicole Grosnoff*
                                                 Nicole Grosnoff
                                                 Assistant United States Attorney
                                                 Court ID No. A5502029
                                                 nicole.s.grosnoff@usdoj.gov
                                                 U.S. Attorney's Office
                                                 99 Northeast Fourth Street, 7th Floor
                                                 Miami, Florida 33132-2111
                                                 Telephone: (305) 961-9294
                                                 Facsimile: (305) 536-4089

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

APPROXIMATELY $242,443.19 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
229049957555 AT BANK OF AMERICA;

APPROXIMATELY $12,012.06 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
483055440164 AT BANK OF AMERICA;

APPROXIMATELY $77,916.71 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
483054477125 AT BANK OF AMERICA;

APPROXIMATELY $55,881.01 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898069007337 AT BANK OF AMERICA;

APPROXIMATELY $65,648.01 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898070095176 AT BANK OF AMERICA;

APPROXIMATELY $6,286.00 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUMBER
898070294472 AT BANK OF AMERICA; AND

APPROXIMATELY $81,974.96 IN U.S. CURRENCY
FORMERLY ON DEPOSIT IN ACCOUNT NUBMER
898064750812 AT BANK OF AMERICA.

        Defendants *In Rem*.

_____/

## WARRANT OF ARREST IN REM

**TO:   INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER**

**WHEREAS**, on January 5, 2021 the United States of America filed a Verified Complaint for Forfeiture in Rem ("Complaint") against the above-captioned defendant property ("Defendant Property"); and

**WHEREAS**, according to said Complaint, the Defendant Property is in the Government's possession, custody or control; and

**WHEREAS**, Supplemental Rule G(3)(B)(i) provides that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody or control."

**NOW THEREFORE**, you are hereby commanded to take the Defendant Property into your possession for safe custody. If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

**YOU ARE FURTHER** commanded to cite and admonish the owner and/or possessor of the Defendant Property and any person or firm known to claim any interest therein, to file, **no later than 35 days from the date notice was sent**, a verified claim in accordance with Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims; to therewith or within twenty (20) days thereafter file an answer or other responsive pleading to the Complaint, a copy of which Complaint you shall supply with this Warrant; to file the Claim and Answer or other responsive pleading with the **Clerk of the Court**, United States District Court, 400 North Miami Avenue, Florida 33128 and to send a copy of said claim, answer, or responsive pleading, to **Nicole**

**Grosnoff**, **Assistant United States Attorney** 99 N.E. 4th Street, 7th Floor, Miami, Florida 33132; the claim must identify the specific property claimed, identify the claimant and state the claimant's interest in the property and be signed by the claimant under penalty of perjury, and that upon the failure of the owner, possessor or any party claiming an interest in the Defendant Property to comply with Supplemental Rule G, the Defendant Property may be forfeited to the United States by default and without further notice or hearing.

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

ANGELA E. NOBLE, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATED: _____   By: _____
                              DEPUTY CLERK

cc: AUSA Nicole Grosnoff (2 certified copies)